UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:22-cv-01251-TJC-LLL

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 69.222.126.158,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 69.222.126.158 ("Defendant") through his or her counsel, Jobin Joseph, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: April 13, 2023                           Respectfully submitted,

                                                     **SMGQ LAW**

                                                     /s/ *Rachel E. Walker*
                                                     Rachel E. Walker, Esq.
                                                     Florida Bar No. 111802
                                                     1200 Brickell Ave., Suite 950
                                                     Miami, FL 33131
                                                     Tel.: 305-377-1000
                                                     Fax: 855-327-0391
                                                     Email: rwalker@smgqlaw.com
                                                     *Attorneys for Plaintiff*

**MAMONE VILLALON**

By:  */s/ Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
Yetian Wang, Esq.
Florida Bar No.: 1025778
100 SE 2nd St., Suite 2000
Miami, FL 33131
Tel.: (786) 209-2379
tyler@mvlawpllc.com
yetian@mvlawpllc.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  */s/ Rachel E. Walker*
Rachel E. Walker, Esq.