# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

STRIKE 3 HOLDINGS, LLC, a
limited liability company,

      Plaintiff,

v.                                                          Case No. 3:22-cv-1251-TJC-LLL

JOHN DOE, subscriber assigned IP
Address 69.222.126.158, an
individual,

      Defendant.

_____

# O R D E R

The Court has been advised that this case has been settled (Doc. 12). Accordingly, it is now

**ORDERED:**

1.    The parties shall have until **June 13, 2023** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for extension of time by the **June 13, 2023** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the**

**deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3.    All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 17th day of April, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record