# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.                                      Case No. 3:22-cv-1251-TJC-LLL

JOHN DOE, subscriber assigned IP Address 69.222.126.158, an individual,

    Defendant.

_____

## **O R D E R**

Upon review of Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe (Doc. 14), filed on April 25, 2023, this case is dismissed with prejudice. Plaintiff is directed to send Defendant a copy of this Order. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of April, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record